Received

DEC 0 4 2025

Page **1** of **4** US Attorney's Office - NJ

Received

2025

Attorney's Office - NJ

2025 DEC -4  2:

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Thursday , New York, New Jersey Top Secret place (*because LIKE BIDEN I didn't trust TRUMP anymore* )   December 4, 2025

## CASE : 25-CV-17127

## US FEDERAL COURT DISTRICT NEW JERSEY (NEWARK)

## HIS MAJESTY WORLD KING OF KINGS **LEOPOLD CAMILLE YODJEU NTEMDE**

Vs

## US ATTORNEY GENERAL, US GOVERNMENT & AL

## TO : His Honorable Judge CLAIRE C CECCHI,

**SUBJECT** : Yesterday Dec 03, 2025, I was at the office of US ATTORNEY NEWARK to I SAID TO  SAID THAT : US ATTORNEY NEWARK OF  US TRUMP JEALOUS GOVERNMENT  SHOULD CHOOSE BEETWEEN:

- ✓ Either prosecute or indicted me BECAUSE I AM A VICTIM of crimes made for 5 years  by MY   LAST THREE US GOBERNMENT'S  **EPSTEIN'S Billionaire Enemies And Pedophile Friends Who Took The Lolita Express To Have Sex With Teenagers And Babies**
- ✓ Either SEND MY AUTORIZATION TO LEAVE USA

IF US ATTORNEY, and US TRUMP JEALOUS GOVERNMENT  want to Prosecute me with Fake Indictment , I want to clarify that **I WILL REPRESENT MYSELF** before Criminal  Court and I will also Complaint against **US ATTORNEY, and  US TRUMP JEALOUS GOVERNMENT.**

Received

LEC 0 4 2025        2025
...orney's Office - NJ  ...ney's Office

**lyodjeu <lyodjeu@king-of-kings-leo-yodjeu.org>**                    12/4/2025 1:10 PM

TO TRUMP'S US JEALOUS GOV : NEW LETTER TO JUDGE CECCH DEC 04 Yesterday Dec 03, 2025, I was at the office of US ATTORNEY NEWARK TO  SAID THAT : US ATTORNEY NEWARK OF US TRUMP JEALOUS GOVERNMENT  SHOULD CHOOSE BEETWEEN:ü Eitherprosecute or indicted me BECAUSE I AM A VICTIM of crimes made for 5 years  by MY  LAST THREE US GOBERNMENT'S  EPSTEIN'S BillionaireEnemies And Pedophile Friends Who Took The Lolita Express To Have Sex WithTeenagers And Babiesü EitherSEND MY AUTORIZATION TO LEAVE USA IF US ATTORNEY, and US TRUMP JEALOUSGOVERNMENT  want toProsecute me with Fake Indictment , I want to clarify that IWILL REPRESENT MYSELF before Criminal  Court and I will also Complaint against USATTORNEY, and US TRUMP JEALOUS GOVERNMENT.USATTORNEY, and US TRUMP JEALOUS GOVERNMENT should notethat  my  prophetic meeting scheduled at the RoyalPresidential Palace in Etoudi, Cameroon with  the President of the Republic of Cameroon,His Excellency Paul Biya IS SCHEDULED BY GOD CREATOR  BEFORE END OF YEAR 202

To ecfhelp@njd.uscourts.gov • njdtraining@njd.uscourts.gov • newark.immigration.court@usdoj.gov • USANJ.CommunityOutreach@usdoj.gov <usanj.communityoutreach@usdoj.gov> • Elon Musk <elon.musk@spacex.com> • candaceowen <candace.owen@gmail.com> • feedback@tcnetwork.com • tcarlson67@me.com • tcarlson@zimmigration.com • tips@tcnetwork.com • info@tcnetwork.com • knowroganpod@gmail.com • jresponsorship@joerogan.net • info@comedymothership.com • prashant0350@godaddy.com • J.D.VANCE@whitehouse.gov <j.d.vance@whitehouse.gov> • krysten.blair@dhs.gov • krysten.blair@associates.dhs.gov • SC-ClerksOffice@jud.ca.gov <sc-clerksoffice@jud.ca.gov> • eFilingSupport <efilingsupport@supremecourt.gov> • biden.library@nara.gov • president@whitehouse.gov • kamala.harris@gmail.com • vice.president@whitehouse.gov • info@sos.mo.gov • info@treasurer.mo.gov • OBAMA <info@obama.org> • emmanuelmacron <emmanuel.macron@elysee.fr> • redaction@droit-inc.com • EOIR.EEOMailbox@usdoj.gov <eoir.eeomailbox@usdoj.gov> • EOIR (EOIR) <eoir.fraud.program@usdoj.gov> • pao.eoir@usdoj.gov • cidhoea <cidhoea@oas.org> • cidhdenuncias <cidhdenuncias@oas.org> • CIDH Registro <cidhregistro@oas.org> • UN JUDGE FORMINE <unat1@un.org> • UNSG GUTERRES <sgcentral@un.org> • FBI NEW YORK <newyork@fbi.gov> • senator <senator@schumer.senate.gov> • members@lambdalegal.org • media@lambdalegal.org • media@nyclu.org • legalintake@nyclu.org • cellcom <cellcom@prc.cm> • Claudia Champagne <claudia.champagne@usherbrooke.ca> • info <info@pdaspeakers.com> • Premier Ministre <pm@pm.gc.ca> • rusnavyoffice <rusnavyoffice@yahoo.com> • rusafatt <rusafatt@gmail.com> • rusmilatt <rusmilatt@hotmail.com> • defattru <defattru@msn.com> • ruspressusa <ruspressusa@mid.ru> • rusembusa <rusembusa@mid.ru> • ACCREDIT <accredit@gov.ru> • info <info@teamkennedy.com> • press <press@teamkennedy.com> • jremyngono <j.remyngono@yahoo.fr> • dujarric <dujarric@un.org> •

Alice M. Miller
Chief Counsel
Jamien Arvie
Deputy Chief Counsel
Allen Ross
Assistant Chief Counsel
Department of Homeland Security
Immigration and Customs Enforcement
1010 East Whatley Road
Oakdale, LA 71463

Exhibit C

Exhibit 2

**DETAINED**

Received

DEC 03 2025

US Attorney's Office - NJ

## UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### IMMIGRATION COURT
### OAKDALE, LOUISIANA

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| LEOPOLD YODJEU NTEMDE | )    File No.: A 201891113 |
| | ) |
| In removal proceedings | ) |
| | ) |

Immigration Judge: JR., JOHN                Next Hearing: 2/23/2021

## U.S. DEPARTMENT OF HOMELAND SECURITY'S
## NOTICE OF PROVIDING COPY OF NOTICE TO APPEAR TO RESPONDENT

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Received

2025 DEC -4 P 2: 56

03 2025

US Attorney's Office - NJ

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Received

DEC 03 2025

US Attorney's Office - NJ

| | |
|---|---|
| HIS MAJESTY LEOPOLD C. YODJEU NTEMDE | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No. |
| US ATTORNEY GENERAL ; US GOVERNMENT | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed:    LEOPOLD CAMILLE YODJEU NTEMDE

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:        10/28/2025

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

Received

3 2025

's Office - NJ

## EXHIBIT 6

SECOND OF ALL, **THE UNITED STATES GOVERNMENT** (*DONALD TRUMP*), **THE UNITED STATES GOVERNMENT** (*JOE BIDEN*) **AND 300 MILLIONS UNITED STATES CITIZEN** STOLE MY **CAMEROON PASSPORT, MY MONEY , MY EIGHT SUITCASES , MY CLOTHES** SINCE 2020 (FIVE YEARS AGO) AND REFUSED TO RETURN IT TO ME FOR NO REASON.



Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Received

EC 03 2025

_____'s Office - NU

# UNITED STATES DISTRICT COURT

for the

US District of NEW JERSEY

NEWARK Division

HIS MAJESTY WORLD KING OF KINGS
LEOPOLD CAMILLE YODJEU NTEMDE

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

US GOVERNMENT , US ATTORNEY GENERAL

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LEOPOLD CAMILLE YODJEU NTEMDE |
| Street Address | IN CARE UNSG GUTERRES 760 UNITED NATIONS PLAZA |
| City and County | UNITED NATIONS DIPLOMAT HOMELESS  AT NEWARK |
| State and Zip Code | 10017 |
| Telephone Number | 9094542840 |
| E-mail Address | lyodjeu@king-of-kings-leo-yodjeu.com |

Received

DEC 03 2025

US Attorney's Office - NA

Page **1** of **9**

Tuesday , New York, New Jersey Top Secret place (*because LIKE BIDEN  I didn't trust TRUMP anymore* )   December 2, 2025

CASE : 25-CV-17127

## US FEDERAL COURT DISTRICT NEW JERSEY (NEWARK)

HIS MAJESTY WORLD KING OF KINGS **LEOPOLD CAMILLE YODJEU NTEMDE**

Vs

US ATTORNEY GENERAL, US GOVERNMENT & AL

**His Honorable Judge CLAIRE C CECCHI,**

**SUBJECT** : LETTER  DEC 2 2025  **TO HIS HONORABLE JUDGE CLAIRE C CECCHI**: **TRUMP GOVERNMENT** ENOUGH IS ENOUGH STOP **YOUR CRIMINAL BEHAVIORS** RIGHT NOW! I  REPEAT RIGHT NOW! *"I MUST BACK TO MY COUNTRY IN A COUPLE DAYS WITH MY PRIVATE JET AS VICE PRESIDENT CAMEROUN"* I AM WAITING ALL THING YOU ( *US GOVERNMENT STOLE TO ME*):

IN THE CONTEXT They know that upon my return to Cameroon as Cameroon Vice President, **I plan to legislate on the regulation of Social Networks and Digital Compagnies** because I am the UNIQUE INCARNATED HUMAN IN THIS PLANET EARTH ABLE TO **LEGISLATE AND REGULATE** DIGITAL TECHNOLOGY AND SOCIAL NETWORKS.  JUST BECAUSE **I AM THE BEST INFORMATION AND TECHNOLOGY SPECIALIST IN THE HISTORY OF HUMANITY, ACROSS ALL UNIVERSES**, and also **I AM THE BEST LAWYER AND JUDGE IN THE HISTORY OF HUMANITY, ACROSS ALL UNIVERSES**

Received

DEC 03 2025

US Attorney's Office - NJ

Friday , New York, New Jersey Top Secret place (*because LIKE BIDEN  I didn't trust TRUMP anymore* )   November 28, 2025

## CASE : 25-CV-17127

## US FEDERAL COURT DISTRICT NEW JERSEY (NEWARK)

## HIS MAJESTY WORLD KING OF KINGS **LEOPOLD CAMILLE YODJEU NTEMDE**

## Vs

## US ATTORNEY GENERAL, US GOVERNMENT & AL

### His Honorable Judge CLAIRE C CECCHI,

First of all, I hope you had a great  ThanksGiving on November 27, 2025 with your family.

**SUBJECT** : **INJONCTION COMPLAINT UPDATED** WITH My  billionaire enemy  **BILL GATES** ( *billg@microsoft.com* ) **FROM MICROSOFT** REFUSE **TO REFUND** MY MONEY HE HAVE STOLEN ; since the US Lawmakers have not yet passed **a federal law regulating social networks**, it is virtually impossible to pursue a civil suit before **US Federal Court** or to verify THE CONSTITUTIONALITY of contract **Terms of Services ( ToS)** to ensure that **digital companies** are behaving in accordance with **the Constitution**.

IN THE CONTEXT They know that upon my return to Cameroon as Cameroon Vice President, **I plan to legislate on the regulation of Social Networks and Digital Compagnies** because I am the UNIQUE INCARNATED HUMAN IN THIS PLANET EARTH ABLE TO **LEGISLATE AND REGULATE** DIGITAL

E Exhibit 7

Received

DEC 03 2025

US Attorney's Office - NJ

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**RECORD OF SWORN STATEMENT**

APPLICANT NAME: Leopold Camille Yodjeu Ntemde  FILE NO. 201891113    DATE: January 4, 2021

EXECUTED AT: New Orleans Asylum Sub-Office

Before the following officer of U.S. Citizenship and Immigration Services:

Krysten N. Blair, Asylum Officer, in the French language. Interpreter : Language Line 207111 used

Do you affirm that you will truthfully, literally, and fully interpret the questions asked by the officer and the answers given by the applicant; that you will not add to, delete from, comment on, or otherwise change the matter to be interpreted; and that you will immediately notify the officer if you become aware of your inability to interpret in a neutral manner? Yes, I do
Do you affirm that you understand that all matters discussed in this interview are confidential? Yes, I do
Please introduce yourself to the applicant and ensure he understands you? *Interpreter does so*
Applicant are you able to understand your interpreter? Yes, I do understand
Good Morning, I am Officer Blair, an asylum officer. Since you entered the US thru Canada we have to conduct a Safe Third Country Agreement Threshold Screening. The interpreter will read to you the M621 which will explain the process to you . *Applicant read the document and Interpreter interprets in French* Do you have any questions ? Did the person who is reviewing my case review the 300 pages ,including the 30 pages of proof? Officer : We do not have access to those documents. This is a preliminary interview to determine whether you meet an exception to the Safe Third Country Agreement. Applicant: My case is critical and very unique and I will be more comfortable doing the interview after the documents are reviewed. I want during the interview to review the documents , I have a document in my hand that I want the other person to have , so we can discuss. Officer : At this stage of the interview, that is not possible. We need to conduct this preliminary interview, first and then possibly at a later stage you may introduce your evidence . Applicant : Is it possible to have a copy of the legal document to between the United States and Canada and other United Nations documents, Rome Law and the asylum law. Officer : You will get a copy of the agreement that was read to you and any other document will be read to you if needed for the interview. As for the other documents , I do not have control over the other documents. Now we will conduct the preliminary  interview needed to proceed.

I, Leopold Camille Yodjeu Ntemde , acknowledge that the above-named officer has identified herself as a person authorized to administer oaths and take testimony in connection with the enforcement of the immigration and nationality laws of the United States. She has informed me that she desires to take my sworn statement regarding factors which may affect my eligibility to apply for asylum or a fear of persecution, torture in the United States instead of Canada or be returned to your country.  She has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. *Applicant interrupts : You told me the agreement I would have access to the document . Will there be another interview after this interview. Officer : You will not have access now, because it was read to you over the phone. You will get a copy of the agreement at a later date. We have to conduct this interview first. Please , only answer the questions asked and do not interrupt.* I swear/affirm that I will tell the truth, the whole truth, and nothing but the truth. Yes, I swear, I am going to tell the truth , the whole truth and nothing but the truth

Being duly sworn/affirmed, I respond to the following questions asked by the above-named officer: Applicant I will answer to the best of my memory

Q: Are you a citizen of Canada?
A: No

Applicant Initials: _____

1044

DEC 03 2025

Attorney's Office - NJ

06/01/2021    Gmail - Research Project "Debt, taxation and financing for development: immediate responses to global emergencies and efficient plan...

 Gmail

Exhibits    Exhibit 1

Léopold Camille YODJEU NTEMDE <lyodjeu@gmail.com>

## Research Project "Debt, taxation and financing for development: immediate responses to global emergencies and efficient planning"

1 message

Flavia Dominges Mendes Ba <mendesba@un.org>    6 janvier 2021 à 12:52
A : "Lyodjeu@gmail.com" <Lyodjeu@gmail.com>
Cc : Mustafa Sadni Jallab <sadnijallab@un.org>, Mamadou Cisse <mamadou.cisse@un.org>, Mbathio Samb <samb1@un.org>, Lou Nan Zah <lou.zah@un.org>

Dear Mr. Camille Ntemde,

Greetings from the Training and Research Division of the Institute for Development and Economic Planning in Dakar.

Our Team is pleased to announce you that you have been selected, as a consultant, to work in the research and training project « Debt, taxation and financing for development: immediate responses to global emergencies and efficient planning». The research project is strategically oriented towards empirical research based on econometric data regarding debt, taxation and financing for development. The ultimate goal of the research is to produce policy recommendations regarding debt management and the strengthening of fiscal policies for the financing of the Sustainable Development Goals and Agenda 2063. The project will focus at budgetary policies as an immediate response to international crisis scenarios.

Based on the aforementioned information, we would kindly seek your interest in this position for the consultancy. In case of your confirmed availability, our team would request you the following documents:

1 – One copy of your passport and/or your national identification document;

2 – One copy of your credentials – diplomas and/or certificates;

2 – One letter of reference;

3 – One medical certificate.

Kindly send the requested documentation by January 15 2021 to the following emails: mendesba@un.org; lou.za@un.org.

The Team of the Training and Research Division of the Institute for Development and Economic Planning in Dakar takes this opportunity to wish you a Happy New Year. We are looking forward to working with you!


Kind regards,

Flavia Ba

Research Officer

Institute for Development and Economic Planning

Received

0 3 2025

Attorney's Office - NJ

□     Return To PM Trudeau  My Permanent Resident Card CANADA   2021
□     Request of Cancelling Permanent Resident CANADA Yodjeu Leopold
□     Nazi country Canada Refuse to Cancel my Permanent Resident Canada
FRAUS OMNIA CORRUMPIT (FRAUD CORRUPT ALL) BRIEF AND SEVEN GROUNDS OF
APPEALS THAT I LOOK FORWARD TO PLEADING BEFORE THE BOARD OF
IMMIGRATION APPEAL IF THE UNITED STATES GOVERNMENT OF PRESIDENT JOE
BIDEN AND VICE PRESIDENT KAMALA HARRIS DOES NOT USE PROESCUTORIAL
DISCRETION TO ACKNOWLEDGE AND CONFESS  HIS RESPONSIBILITY FOR THESE
CRIMES COMMITTED AGAINST ME ( THE SON OF GOD, THE KING OF THIS WORLD AND
ESPECIALLY THE HOLLY GRAIL).
NB: This Appeal is under  Section 1, 2, 3, 4, 5 (A), (B)  (C), (D),  6, 7  International Conventions On
The Elimination Of All Forms Of Racial Discrimination; And Sections 1, 2, 3, 6, 12, 13, 14 (1) And 14
(3) E. Of The International Covenant On Civil And Political Rights
69.      The Legal Framework (Fraus Omnia Corrumpit (Fraud Corrupt All) That Should Allow Boar
Of Immigration Court
□     To Conclude That This Proceeding  Against The Applicant Is Illegal  Fraudulent And Criminal
Because Falsification Of Applicant's Signature In The Notice Appear
□     And Also Grant  Prejudice To Applicant Against Us Department Of Homeland Security
□     And Also Prosecute  Against The Fraudsters Of  Us Department Of Homeland Security And /
Or The Fraudsters Of   Us Department Of Justice Identified In My Complaint On May 31 , 2023 Before
International Criminal Court In The Netherland  As Requested On May 30, 2023 By Mr Karim Kahn
Prosecutor Of International Criminal Court..
70.      FRAUS OMNIA CORRUMPIT (FRAUD CORRUPT ALL): Is A General Principle Of Law
That Can Be Applied As An Autonomous Legal Basis In Order To Support An Administrative
Criminal And Also Immigration Judgment.
71.      Considering That The General Principles Of Law Are At The Same Level As The Law In The
Hierarchy Of Norms AND CAN ONLY SUPPLEMENT IT INSOFAR AS IT CONTAINS
INACCURACIES OR GAPS.
72.      In The Present Case, I Propose To Demonstrate That This Proceeding Against The Applicant Is
Illegal  Fraudulent And Criminal Resulted In An Indeterminate Number Of Fraud Committed By The
United States Immigration Court, The  United States Government, And More Specifically United States
Department Of Homeland Security.
73.      See Transcript May 15, 2023 at Page 210 L 11 to L 15 Judge  Waterloo said to me that: " He
was able to look up in his database that your, apparently , your work authorization was approved , but
he has no control over that. And I can't order him to give you that document. It's not something he
even has under his control okay?  So that's a separate agency. You need to go where you applied for
that work authorization. You need to go see them, okay?" And Page 210 L 16 to L 24 My Response to
Judge Waterloo : " Okay, I will inform my employer that it has been approved, so that I can start
working to have income and take care of my family and wait until August, because otherwise, three
years, from three years ago, I don't work or have income. I'm going to ask UN to contact the
Government to know where my work permit is, if it's been sent and it's because Post Office lost it or
because I have fraud problem with the post office. So I just it  was sent or not. So I just , I will keep in
mind that it's approved, so I can start working in New York. And maybe th the hearing will be moved
to New York since my job is in New York  "
74.      United States Government Of President Joe Biden And Vice President Kamala Harris
Contradict Itself In The Proceeding Before USCIS : How The United States Government Of President
Joe Biden And Vice President Kamala Harris Have  Asked Me To Send A Mail To Ms L. Miller
USCIS Nebraska Director To Follow Up When Ms L. Miller Uscis Nebraska Director Has Already
Informed Me That My Working Permit File Is No Longer Pending Before Uscis Nebraska? ### Since,
Mr Kevin Primo Loroza Informed Me  Eyes To Eyes With His Oath Of Lawyer  In Front Of Judge
Jason Waterloo At The Hearing Of May 15, 2023 That My Working Permit Had Been Approved, On
May 16, 2023,  I Sent A Mail To Ms L. Miller Uscis Nebraska Director  With A Tracking Number
(9589 0710 5270 0453 0967 56  ) Which Was Received On May 18, 2023  By Ms L. Miller Uscis